**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

UBALDO HERRERA-HERNANDEZ,    )
    )
    Petitioner,    )
    )
v.    )    Case No. CIV-26-1473-SLP
    )
MARKWAYNE MULLIN, et al.,    )
    )
    Respondents.    )

## O R D E R

Before the Court is Respondents' Response to Order to Show Cause [Doc. No. 7].

Petitioner is directed to reply to the Response within seven (7) days from the date of this

Order addressing Respondents' arguments.

IT IS SO ORDERED this 15th day of June, 2026.

 

_____
**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**